**N. E. ACKER and Leland Acker v. STATE.**
**No. 15027.**

Court of Criminal Appeals of Texas.
Dec. 16, 1931.

Hoover, Hoover & Cussen, of Canadian, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, three years in the penitentiary as to appellant N. E. Acker, and two years as to appellant Leland Acker.

We find in this record affidavits in due form made by each of these appellants asking that his appeal be dismissed.

The appeal in each instance is dismissed at the request of the appellants.

**Buford ARMSTRONG v. STATE.**
**No. 14672.**

Court of Criminal Appeals of Texas.
Jan. 6, 1932.

Lon A. Brooks, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for selling intoxicating liquor; punishment being two years in the penitentiary.

No bills of exception are found in the record. The state's evidence is positive that appellant made the sale of intoxicating liquor to the alleged purchaser. Appellant did not testify and offered no defensive testimony. He sought by cross-examination of the state's witnesses to raise a suspicion that a negro made the sale. The evidence amply supports the verdict.

The judgment is affirmed.

**Zeb BRIT v. STATE.**
**No. 15028.**

Court of Criminal Appeals of Texas.
Dec. 23, 1931.

B. W. Baker, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, two years in the penitentiary.

We find filed with the record in this case an affidavit in proper form, executed by appellant, requesting the dismissal of his appeal.

The request is granted, and the appeal is dismissed.

**Frank BUCKHOLT v. STATE.**
**No. 15024.**

Court of Criminal Appeals of Texas.
Dec. 16, 1931.

Jones & Jones, of Mineola, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.